**Dated: February 12, 2019**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

*In Re:*

    **Dudley Lewellen, Jr.**,

    *Debtor(s)*
    *and Plaintiff(s),*

v.                                                                                                    18-00218

    **Ocwen Loan Servicing, LLC**
        **Servicer for Wells Fargo Bank,**
        **National Association, as Trustee**
        **For Ownit Mortgage Loan Trust,**
        **Mortgage Loan Asset-Backed**
        **Certificates, Series 2006-2**
    *Creditor*
    *and Defendant.*

## CONSENT ORDER ON COMPLAINT FOR TURNOVER OF PROPERTY TO THE ESTATE

IN THIS CAUSE, the Court finds that the parties have entered into a confidential settlement agreement which resolves all issues in their entirety.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that all matters before the Court in this cause are concluded and this Complaint is hereby dismissed with prejudice.

Respectfully submitted,

/s/S. Jonathan Garrett
S. Jonathan Garrett (019389), Attorney for Debtor(s)
2670 Union Avenue Extended, Suite 1200
Memphis, TN 38112-4424
Phone: 901-323-3200 Fax: 901-323-3275
jongarrettlaw@gmail.com


/s/ Erin Malone-Smolla
Erin Malone-Smolla, Attorney for Defendant
Bradley Arant Boult Cummings LLP
Roudabout Plaza, 1600 Division Street, Suite 700
Nashville, Tennessee 37203
Phone: 615-252-3805 Fax: 615-252-6380
esmolla@bradley.com